

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00089-CV

IN RE STEPHAN J. SULLIVAN AND                                    RELATORS
MAJEL E. SULLIVAN

------------

## ORIGINAL PROCEEDING

------------

## **MEMORANDUM OPINION**[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: GARDNER, J.; DAUPHINOT and GABRIEL, JJ.

DELIVERED: March 24, 2014

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).